PROB 12C
(6/16)

Report Date: January 23, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Frank Murillo, IV                Case Number: 0980 4:20CR06006-SAB-1

Last Known Address of Offender: ▉

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 2, 2021

Original Offense:        Possession with Intent to Distribute 40 Grams or More of Fentanyl,
                         21 U.S.C. § 841(a)(1), (b)(1)(B)(vi)

Original Sentence:       Prison - 65 months                Type of Supervision: Supervised Release
                         TSR - 48 months

Asst. U.S. Attorney:     Stephanie A. Van Marter           Date Supervision Commenced: November 27, 2024

Defense Attorney:        Federal Defender                  Date Supervision Expires: November 26, 2028

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/15/2025. An arrest warrant has been previously issued by the Court for Mr. Murillo.

On December 4, 2024, conditions of supervised release were reviewed with Mr. Murillo. He signed his judgement acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Murillo is considered to be in violation of his conditions of supervised release by consuming a controlled substance, marijuana, on or about January 18, and 19, 2025.

On January 22, 2025, Mr. Murillo submitted a urine sample at the U.S. Probation Office that was presumptive positive for marijuana. Mr. Murillo signed a drug use admission form indicating he used on January 18, 2025, and again on January 19, 2025. The urine sample was not sent to Abbott Laboratory for confirmation as Mr. Murillo did not provide a urine sample that would be sufficient enough to send to the laboratory.

Prob12C
Re: Murillo, Frank
January 23, 2025
Page 2

9     **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Murillo is considered to be in violation of his conditions of supervised release by consuming a controlled substance, methamphetamine, on or about January 18, 2025.

On January 22, 2025, Mr. Murillo submitted a urine sample at the U.S. Probation Office that was presumptive positive for methamphetamine and amphetamine. Mr. Murillo signed a drug use admission form indicating he last used on January 18, 2025. The urine sample was not sent to Abbott Laboratory for confirmation as Mr. Murillo did not provide a urine sample that would be sufficient enough to send to the laboratory.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 23, 2025

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

1/23/2025

Date